UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES LUPTON and
BETTY LUPTON,

      Plaintiffs,

v.                              Case No.  8:95-cv-1671-T-24-TBM

DANEK MEDICAL, INC.,

      Defendant.
_____/

**ORDER**

      This cause comes before the Court on its own.  On June 27, 2001, the Court entered an Order administratively closing this case pending the filing of final settlement documents (Doc. No. 13).  The Order also stated that "[i]f, after ninety calendar days from the date of this Order, the plaintiffs have not filed final settlement documents, the plaintiffs shall file a written report with the Court detailing the status of the settlement in this action."  The Court notes that Plaintiffs have yet to file either final settlement documents or a written report detailing the status of the settlement.  Accordingly, the Court hereby closes this case.

      **DONE AND ORDERED** at Tampa, Florida, this 25th day of October, 2007.

                                                                          SUSAN C. BUCKLEW
                                                                         United States District Judge

Copies to:
Counsel of Record